

**BROCK &SCOTT**
PLLC

| | |
|---|---|
| **Consumer Hotline** | **3825 Forrestgate Drive, Winston Salem, NC 27103** |
| 844-856-6646 | **ConsumerContact@brockandscott.com** |
| | **www.brockandscott.com** |

Andrew Spivack, Esquire
Bankruptcy Attorney

August 21, 2025

SENT VIA REGULAR MAIL AND E-MAILED TO:
BRAD J. SADEK, Esquire
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

RE:   KEVIN FERGUSON AND BARBARA E FERGUSON
Bankruptcy No. 24-14556-amc
1230 N. 53rd Street, Philadelphia, PA 19131
Loan ending in 8185

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on April 25, 2025.

Pursuant to the terms of the Stipulation, your clients have failed to make regular monthly payments, for the months of June 1, 2025 through August 1, 2025 in the amount of $575.75 each, less Debtors' suspense in the amount of $0.25. In order to cure this default, it will be necessary for your client to remit $1,727.00, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your clients' payment to cure this default should be remitted to:

PHH Mortgage
Attn: SBRP / P.O. Box 24781
West Palm Beach, FL 33416

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

cc:

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU:  ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

KEVIN FERGUSON

BARBARA E FERGUSON

**Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2**

| Debtor Name: | Kevin Ferguson | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| BK Case Number: | 24-14556 | | | | | |
| Filing Date: | 12/20/2024 | | | | Completed by: | Mariasel |
| Post First Due: | 1/1/2025 | | | | Completed Date: | 8/18/2025 |
| Post-Petition Due | Stipulation Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | 01/01/2025-04/01/2025 | Consent order | $ - | $ - | $ - | $ - |
| | | 4/29/2025 | $ 1.00 | | $ 1.00 | $ 1.00 |
| | Lumpsum | 4/29/2025 | $ 575.00 | $ 575.75 | $ (0.75) | $ 0.25 |
| | | 6/11/2025 | $ 575.75 | | $ 575.75 | $ 576.00 |
| 5/1/2025 | | 6/12/2025 | | $ 575.75 | $ (575.75) | $ 0.25 |
| | | | $ 1,151.75 | | | |

| Debtor Post Due: | | | | |
| --- | --- | --- | --- | --- |
| Post Due Date | Total Payment | Principal & Interest | Escrow | NOPC Filed Date |
| 6/1/2025 | $ 575.75 | $ 447.44 | $ 128.31 | |
| 7/1/2025 | $ 575.75 | $ 447.44 | $ 128.31 | |
| 8/1/2025 | $ 575.75 | $ 447.44 | $ 128.31 | |
| Total Due | $ 1,727.25 | $ 1,342.32 | $ 384.93 | |

| Stip Due Date | Total Payment |
| --- | --- |
| - | $ - |
| Total Due | $ - |

| | |
| --- | --- |
| Total Delinquency | $ 1,727.25 |
| Suspense Balance | $ (0.25) |
| Total Due | $ 1,727.00 |